G. David Robertson, Esq. (SBN 1001)
Jonathan Joel Tew, Esq. (SBN 11874)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600
Facsimile: (775) 348-8300
gdavid@nvlawyers.com
jon@nvlawyers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

PROFESSIONAL MEDICAL SERVICES & PRODUCTS, INC., a Nevada corporation,

Plaintiff,

vs.

KERRI BREST-LANDRY, JACOB BREST, JOSHUA N. BREST, and ANTHONY LANDRY,

Defendants.

Case No.: 3:14-cv-00544-MMD-VPC

## STIPULATED JUDGMENT

WHEREAS, the undersigned, Jonathan Joel Tew, is one of the attorneys of record for the Plaintiff, Professional Medical Services & Products, Inc. ("Plaintiff");

WHEREAS, the undersigned, John Samberg, is one of the attorneys of record for the Defendants, Kerri Brest-Landry, Jacob Brest, Joshua N. Brest and Anthony Landry (collectively, the "Defendants");

WHEREAS, on December 1, 2015, the Plaintiff and the Defendants participated in a settlement conference before Magistrate Judge Robert A. McQuaid;

WHEREAS, pursuant to the settlement agreement reached at the settlement conference, which was placed on the record and in writing;

IT IS STIPULATED AND AGREED AS FOLLOWS:

1. On March 15, 2014, Professional Medical Services & Products, Inc. ceased to be a partner of Quincy Home Medical Services.

2. Plaintiff and Defendants agree that Judgment shall be entered against the Defendants, jointly and severally, in the sum of One-Hundred Thousand Dollars and No Cents ($100,000.00), in favor of the above-named Plaintiff.

Dated: January 29, 2016

ROBERTSON, JOHNSON,
  MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, Nevada 89501

By: _____
G. David Robertson, Esq.
Jonathan Joel Tew, Esq.
*Attorneys for Plaintiffs*

Dated: January 29, 2016

WOLF, RIFKIN, SHAPIRO,
  SCHULMAN & RABKIN, LLP
5594-B Longley Lane
Reno, Nevada 89511

By: _____
John Samberg, Esq.
Christopher W. Mixson, Esq.
*Attorneys for Defendants*

IT IS SO ORDERED.

**ORDER**

_____
DISTRICT COURT JUDGE

DATED: February 1, 2016

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATED JUDGMENT
PAGE 2